# In the United States Court of Federal Claims

No. 22-867C
(Filed: February 22, 2023)

```
*************************************
JOSHUA J. ANGEL,                      *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
*************************************
```

## ORDER

The court has before it defendant's unopposed motion to enlarge the deadline for the filing of its reply in support of its motion to dismiss by fourteen days. For the reasons stated therein, defendant's motion is **GRANTED**. Defendant shall **FILE** its reply by **no later than Tuesday, March 14, 2023**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
