# In the United States Court of Federal Claims

No. 22-867 C

Filed: May 15, 2023

**JOSHUA J. ANGEL**
    **Plaintiff**

    **v.**       **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

Pursuant to the court's Opinion and Order, filed May 12, 2023,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed, without prejudice, for lack of jurisdiction as untimely. No costs.

    Lisa L. Reyes
    Clerk of Court

By:    s/ Debra L. Samler

    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.